IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-02024 |
| Plaintiff, | ) | **SUPERSEDING INDICTMENT** |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(3): Possession of a Firearm by a Drug User |
| CHRISTOPHER WUCHTER, | ) | |
| Defendant. | ) | Count 2 |
| | ) | 26 U.S.C. § 5861(d): Possession of a National Firearms Act Device Not Registered to Possessor |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Drug User

On or about January 9, 2023, in the Northern District of Iowa, defendant CHRISTOPHER WUCHTER, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana and methamphetamine, knowingly possessed firearms, specifically:

a) Smith & Wesson, SD40 VE, .40 S&W caliber pistol;
b) Browning Invector Plus BPS, 12-gauge weapon made from a shotgun;
c) Sheffield Arms Co., 12-gauge weapon made from a shotgun;
d) SCCY CPX-2, 9mm caliber pistol;
e) Phoenix Arms HP22A, .22 LR caliber pistol;
f) Rossi 972, .357 Magnum caliber revolver;
g) Harrington & Richardson 1906, .22 caliber revolver;
h) Smith & Wesson SD40, .40 S&W caliber pistol;
i) Rossi 461, .357 Magnum caliber revolver;
j) EEA Witness (Tanfoglio), 10mm caliber pistol;

1

k) Palmetto State Armory PA-15, multi-caliber pistol;
l) Savage Model III, 25-06 REM caliber rifle;
m) New Frontier Armory LW-15, 5.56 NATO caliber rifle;
n) Springfield (Savage Arms) Model 67 Series C, 20-gauge weapon made from a shotgun;
o) Stevens Model 320 (Sun City Machinery), 12-gauge shotgun;
p) Remington 770 .270 WIN caliber rifle;
q) Mossberg 385 "Ulti-Mag", 12-gauge shotgun;
r) Ithaca M-66 Super Single, .410-guage shotgun;
s) Marlin Model 990 DU, .22 LR caliber rifle;
t) Eastern Arms Co. 101.15, 16-gauge shotgun;
u) Remington Model 580, .22 SL or LR caliber rifle;
v) Browning Arms Lever-Action, .22 SL or LR caliber rifle;
w) Marlin Model 25MN, .22 WMR caliber rifle;
x) CBC (Mossberg) 715T, .22 LR caliber rifle;
y) Savage Model 11, 7mm-08 REM caliber rifle;
z) Oregon Arms Chipmunk Rifle, .22 SL or LR caliber rifle;
aa) Mossberg Model 195, 12-gauge shotgun;
bb) New England Firearms Pardner Model SB1, 20-gauge shotgun;
cc) Iver Johnson Champion, 12-gauge shotgun;
dd) New England Firearms Handi Rifle SB2, 30-30 WIN; and
ee) Ruger P89, 9x19mm caliber pistol,

and the firearms were in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Count 2

### Possession of National Firearms Destructive Devices Not Registered to Possessor

On or about January 9, 2023, in the Northern District of Iowa, defendant, CHRISTOPHER WUCHTER, knowingly possessed firearms, as that term is defined in Title 26, United States Code, Section 5845(a), namely: a Browning Invector Plus BPS, 12-gauge weapon made from a shotgun, and having an overall length of less than 26 inches or a barrel of less than 18 inches in length; and a Sheffield Arms Co.,

2

12-gauge weapon made from a shotgun, having an overall length of less than 26 inches or a barrel of less than 18 in length; which were not registered to him in the National Firearms Registration and Transfer Record.

This was in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

                                               A TRUE BILL

                                               s/Foreperson

                                               Grand Jury Foreperson    Date    06-27-2023

TIMOTHY T. DUAX
United States Attorney

By: /s/ ASHLEY L. CORKERY
ASHLEY L. CORKERY
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 6/28/2023
PAUL DE YOUNG, CLERK