IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| The United States District Court,<br>Plaintiff<br><br>v.<br>Christopher Wuchter,<br>Defendant. | No. 23-CR-02024<br><br>**MOTION TO DISMISS** |
| --- | --- |

Defendant, through his attorney, Charles D. Paul moves the Court to dismiss the indictment filed at docket 22 & 23 because 18 U.S.C. 922(g) (3) and 26 U.S.C. 5845(a) violate the 2nd Amendment to the United States Constitution, and for his motion states:

The Second Amendments protect an individual's right to carry a handgun for self-defense outside the home. *New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 213 L. Ed. 2d 387, 142 S. Ct. 2111, 2122 (2022).*

When a law infringes on the on a course of conduct protected by the Second Amendment it must be struck down unless the Government can show that the consistent with this nation is historical tradition of firearm regulation by pointing to an analogous founding era restriction. See *Id. at 2118.* The prohibition of firearm possession by drug users is not consistent with the nation's historical traditions of firearm regulation. Therefore 18 U.S.C. 922(g)(3) is unconstitutional.

When a law addresses an issue present at the founding with a restriction inconsistent with regulations of that period it violates the historical understanding of the right to bear arms. *See Id. at 2131.* Crime was an existent problem and short-barreled shotguns were common use and unregulated until 1934. Therefore the restrictions on possession created by 26 U.S.C. 5845(a) violation the Second Amendment.

WHEREFORE, The Defendant requests hearing be held for consideration of this Motion in order to protect Defendant's right to bear arms under the Second Amendment to the United States Constitution.

FURTHER Defendant moves this Court to dismiss the superseding upon consideration of his written brief and argument.

<table>
<tr>
<td>

**The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:**

_ U.S. Mail Fax _Hand Delivered _Overnight Courier
**X CM-ECF**

__/s/ *Charles Paul*__ (Date) 7/24/2023

</td>
<td>

Respectfully submitted,
*/s/ Charles D. Paul*
Charles D. Paul, AT0014293
Nidey Erdahl Meier & Araguás PLC
425 2nd Street SE, Suite 1000
Cedar Rapids, IA 52401
P: (319) 369-0000
F: (319) 369-6972
cpaul@eiowalaw.com
**ATTORNEY FOR DEFENDANT**

</td>
</tr>
</table>