IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER WUCHTER, Defendant. | No. 23-CR-02024 **DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY** |
|---|---|

Defendant, Christopher Wuchter, by and through his attorney, Charles D. Paul, hereby notifies the Court of his intent to plead guilty.

| **The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:**<br><br>_ U.S. Mail Fax _Hand Delivered _Overnight Courier **X** CM-ECF<br><br>*/s/Sara E. Boren* **(Date)** **1/30/2024** | Respectfully submitted,<br><br>*/s/ Charles D. Paul*<br>Charles D. Paul, AT0014293<br>Nidey Erdahl Meier & Araguás, PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>Office: (319) 369-0000<br>Fax: (319) 369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |
|---|---|