# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER WUCHTER, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 23-CR-2024<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Jennifer Schrauth<br>Official Court Record: Shelly Semmler (VTC) Contract? No<br>Contact Information: Ssemmlerreporting@gmail.com |

| Date: | 8/9/2024 | Start: | 9:28 AM | Adjourn: | 10:54 AM | Courtroom: | 1 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | Time in Chambers: | --- | | Telephonic? | No |

| Appearances: | Plaintiff: | AUSA Ashley Corkery |
|---|---|---|
| | Defendant: | Charlies Paul (defendant appears personally) |
| | U.S. Probation: | Zach Ward |
| | Interpreter: | --- Language: --- Certified: --- Phone: --- |

| TYPE OF PROCEEDING: | SENTENCING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Objections to PSIR: | ¶¶ 5, 6, 7, 9, 19 by defendant. | Ruling: | ¶¶ 5, 6, 7, 9, 19 overruled. |
| Motions to vary/depart: | Departure and Variance Upward<br><br>Downward variance | Ruling: | Downward variance denied. Upward departure and variance granted at one level increase. |
| Count(s) dismissed: | Count 2 dismissed upon government motion | | |
| Sentence (See J & C): | 97 months imprisonment | | |
| Fine: | --- | Special assessment: | $100 |
| Supervised Release: | 3 years. | | |
| Court's recommendations (if any): | It is recommended that you be designated to a Bureau of Prisons facility in close proximity to your family which is commensurate with your security and custody classification needs.<br><br>It is recommended that you participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program. | | |

| Defendant is | X | Detained | | Released | and shall report | |
|---|---|---|---|---|---|---|

| Witness/Exhibit List is | Attached |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7.

| Miscellaneous: | Advisory guidelines recommend 87-108 months imprisonment.<br><br>The government moves for third level acceptance of responsibility. Granted.<br><br>Parties make argument regarding ultimate sentence.<br><br>New range after upward departure or variance: TOL 30; CHC I; new range: 97-121 months<br><br>Defendant exercised his right to allocution and was advised of his right to appeal. |
|---|---|